**FILED**
OCT 0 2 2009
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA
### (THE HON. GORDON THOMSON)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> GUADENCIO ARREOLA ROSALES, ) <br> Defendant. ) <br> _____ ) | CASE NO. 09cr1749-GT <br><br> DATE: October 2, 2009 <br> TIME: 9:00 a.m. <br><br> **ORDER** |

Upon motion to the Court by Guadencio Arreola Rosales, by and through his attorney, Holly S. Hanover, and the government, and good cause shown;

**IT IS HEREBY ORDERED** that the Acceptance of Plea/Sentencing date and time for Mr. Arreola Rosales now set for October 2, 2009 at 9:00 a.m., be continued to October 9, 2009 at 9:00 a.m.

**IT IS FURTHER ORDERED** that the time between October 2, 2009 and October 9, 2009, be excluded for purposes of the Speedy Trial Act.

**SO ORDERED.**

Dated: 10-1-09

_____
THE HONORABLE GORDON THOMPSON
United States District Court Judge